2024R00664/IDB

**FILED**
JUL 10 2025
AT 8:30 2:45pm M
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Zahid N. Quraishi |
| v. | : | Crim. No. 25-446 |
| JAHAD DAVIS | : | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Trenton, charges:

On or about July 3, 2024, in Monmouth County, in the District of New Jersey and elsewhere, the defendant,

JAHAD DAVIS,

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, namely, an HS Produkt, Model XDM Elite, 9-millimeter semi-automatic pistol, bearing serial number BA664162, and fourteen (14) rounds of 9-millimeter ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference as though set forth in full herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, the defendant,

JAHAD DAVIS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, the following:

    (a) one HS Produkt, model XDM Elite, 9-millimeter semi-automatic pistol, bearing serial number BA664162; and

    (b) fourteen (14) rounds of 9-millimeter ammunition;

Substitute Assets Provision

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

_____
FOREPERSON

*Alina Habba*
ALINA HABBA
United States Attorney

CASE NUMBER: 25-CR-446 (ZNQ)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

JAHAD DAVIS

## INDICTMENT FOR

18 U.S.C. § 922(g)(1)

A True Bill,

███████████████

Foreperson

ALINA HABBA
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

IAN D. BRATER
ASSISTANT U.S. ATTORNEY
TRENTON, NEW JERSEY
(609) 989-2190

FILED
JUL 10 2025
AT 8:30 __2:45 pm__ M
CLERK, U.S. DISTRICT COURT - DNJ